THE PEOPLE OF THE STATE OF NEW YORK v. BERT VERKAY.— Motion for a reargument denied. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ELLEN LEDERER and Others, as Trustees v. WISE SHOE COMPANY, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of the CITY OF NEW YORK for a Certiorari Order against WILLIAM G. FULLEN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

JOHN J. HANLEY v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J. Townley, Glennon, Untermyer and Cohn, JJ.

JEANETTE KAUFMAN v. ROGERS DUNSCOMBE and Others.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, and Glennon, JJ.

JOHN J. DILLON and MARY C. DILLON v. JEAN PULANEY SPILO and CITY BANK FARMERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 543.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

VIVIAN KIRKBRIDE v. GILBERT H. VAN NOTE, Administrator, etc., of JAMES D. KIRKBRIDE, Deceased.— Motion for leave to appeal to the Court of Appeals from an order of this court entered March 25, 1937, affirming an order denying defendant's motion to modify judgment, granted. [See ante, p. 755.] Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

VIVIAN KIRKBRIDE v. GILBERT H. VAN NOTE, Administrator, etc., of JAMES D. KIRKBRIDE, Deceased.— Motion for leave to appeal to the Court of Appeals from an order of this court entered March 25, 1937, affirming an order granting plaintiff's motion to vacate order of substitution, granted. [See ante, p. 755.] Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ALBERT F. VOLGENAU against JAMES E. FINEGAN and Others, Constituting the Municipal Civil Service Commission and Others.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 757.] Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE CITY OF NEW YORK v. THE NEW YORK CENTRAL RAILROAD COMPANY and NEW YORK AND HARLEM RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 743.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

LARME ESTATES, INC., v. OMNICHROME CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 538.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.